JUDGE KAPLAN

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      INDICTMENT

            -v.-                   :      07 Cr.

PAUL HINKLEY,                      :
   a/k/a "Paul Cross,"
   a/k/a "saltyoldsailor200269,"   :

                 Defendant.        :

- - - - - - - - - - - - - - - - - - x
```

**07 CRIM. 791**

## COUNT ONE

The Grand Jury charges:

1. On or about July 16, 2007, in the Southern District of New York and elsewhere, PAUL HINKLEY, a/k/a "Paul Cross," a/k/a "saltyoldsailor200269," the defendant, unlawfully, willfully, and knowingly, did cross a State line with intent to engage in a sexual act (as defined in Title 18, United States Code, Section 2246), with a person who had not attained the age of 12 years, and did knowingly engage in a sexual act with a person who had not attained the age of 12 years, and attempted to do so, to wit, HINKLEY attempted to engage in sexual acts with an individual he believed to be an 11-year-old female and traveled from New York to New Jersey with the intent to engage in such acts.

(Title 18, United States Code, Section 2241(c).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

COUNT TWO

The Grand Jury further charges:

2. From on or about January 17, 2007, up to and including on or about July 16, 2007, PAUL HINKLEY, a/k/a "Paul Cross," a/k/a "saltyoldsailor200269," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in a sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, HINKLEY used a computer and the Internet to attempt to entice, induce, coerce, and persuade an 11-year-old female to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)

COUNT THREE

The Grand Jury further charges:

3. On or about July 16, 2007, in the Southern District of New York and elsewhere, PAUL HINKLEY, a/k/a "Paul Cross," a/k/a "saltyoldsailor200269," the defendant, unlawfully, willfully, and knowingly, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct (as defined in Title 18, United States Code, Section 2423(f)) with another person, to wit, HINKLEY traveled from New York to New Jersey for

2

the purpose of engaging in sexual acts with a person he believed to be an 11-year-old female.

(Title 18, United States Code, Section 2423(b).)

_____     _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

PAUL HINKLEY,
a/k/a "Paul Cross,"
a/k/a "saltyoldsailor200269,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2241(c),
18 U.S.C. § 2422(b),
18 U.S.C. § 2423(b).)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

*[handwritten: Filed indictment. Case assigned to Judge Kaplan.]*

*[handwritten: SRH  8/22/07]*   *[handwritten: Francis, J.]*